Ex Parte Martínez.

</div>

Apelación procedente de la Corte de Distrito de Mayagüez.

<div align="center">

No. 85.—Resuelto en febrero 4, 1907.

Resuelto por los fundamentos de la opinión emitida en el caso No. 79, de *Ex parte Hernández,* página 1.

</div>

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

Avelino Martínez Mercado hizo solicitud á la Corte de Distrito de Mayagüez para que declarase justificado el título de dominio que tenía sobre una parcela de terreno. El fiscal compareció y se opuso á dicha petición por el fundamento de que los linderos habían sido descritos muy ligeramente, sin describirlos en forma tal que no pudieran confundirse con ninguna otra, alegando además, que no se expone el historial de la trasmisión del dominio. El promovente ha cumplido en su escrito inicial con todo lo necesario. La descripción fué enmendada y finalmente leía así:

"Rústica: fracción de siete cuerdas de terreno á café y pasto, equivalente á dos hectáreas, setenta y cinco áreas y doce centiáreas, con su casa de madera de tres metros treinta y cuatro centímetros de frente por cuatro metros diez y ocho centímetros de fondo, sita en el barrio de Palma Escrita del término municipal de Las Marías, colindante al norte, con finca rústica á pasto y café de Francisco Rosa; al saliente y poniente, con finca de igual naturaleza de Don Isaac F. Martínez, al sud, con otra á café y pasto de Saturnino Rosa."

Esta descripción es suficiente para los fines de la solicitud, y por las razones consignadas en la opinión de este tribunal en el caso de *El Pueblo de Puerto Rico* contra *Agustín Hernández Mena,* debe confirmarse la resolución apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.